HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC. d/b/a SCS ENERGY, a Virginia Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC. d/b/a ESC CORPORATION, a Washington corporation,<br><br>       Defendant. | No. C09-1616 RAJ<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

The parties jointly submit this Joint Status Report and Discovery Plan to the Court.

1.     This is an action by Stearns, Conrad and Schmidt Consulting Engineers, Inc, d/b/a SCS Energy ("SCS"), an environmental engineering and construction firm, against its subcontractor Environmental Systems and Composites, Inc. d/b/a ESC Corporation ("ESC"), a firm allegedly specializing in providing engineering services and technologies for removal of contaminants from gas. SCS was allegedly retained by the University of New Hampshire to provide design/build services for a landfill gas processing facility. In order to perform these services, SCS entered into a purchase order with ESC related to the design of five hydrogen sulfide removal tanks. ESC arranged for the fabrication and shipment of the five tanks to the SCS job site. One of the tanks ESC provided failed. The reason for the failure is disputed by the parties. SCS contends that ESC's design and fabrication of the five tanks did not comply with the terms of the purchase order and has asserted claims for breach of

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 1

**GROFF MURPHY, PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

1 contract, breach of warranty, and indemnification under the purchase order.  SCS expects its damages to exceed $300,000.  ESC contends that SCS damaged tanks in handling them and negligently installed the tanks.  ESC denies SCS's claims, points to previous statements made by SCS as to significantly smaller claims inconsistent with its claims herein and contends that under the purchase order SCS owes ESC the unpaid balance due under the purchase order in the amount of $62,000 plus interest and fees.

    2.    Mediation would be the appropriate ADR method.

    3.    Mediation should take place by November 1, 2010.

    4.    Additional parties should be joined by June 1, 2010.

    5.    Proposed Discovery Plan

        a.    The parties conducted an FRCP 26(f) conference on January 6, 2010.  Initial disclosures were served by SCS on January 19, 2010 and by ESC on January 20, 2010.

        b.    Discovery is necessary regarding the negotiation and execution of the purchase order, including the design, fabrication, handling, and repair of the hydrogen sulfide removal tanks.  Discovery is also necessary regarding the amount and basis for SCS and ESC's damages and mitigation efforts made by either party, if any.  It is not necessary to conduct discovery in phases.

        c.    No changes or limitations are necessary.

        d.    The parties will attempt to minimize expenses by exchanging documents informally where possible.

        e.    No other orders are contemplated at this time.

    6.    Discovery can be complete by November 1, 2010.

    7.    The parties do not consent to appointment of a full time magistrate.

    8.    Bifurcation is not necessary.

    9.    At this time pre-trial statements and order should not be dispensed with in whole or in part.

    10.    The parties do not have suggestions for shortening or simplifying the case.

    11.    The case can be ready for trial by February 15, 2011.

**GROFF MURPHY, PLLC**
300 E<span style="font-variant:small-caps">AST</span> P<span style="font-variant:small-caps">INE</span>
S<span style="font-variant:small-caps">EATTLE</span>, W<span style="font-variant:small-caps">ASHINGTON</span>  98122
(206) 628-9500
F<span style="font-variant:small-caps">ACSIMILE</span>:  (206) 628-9506

10686 0003 na252701

| | | |
|---|---|---|
| 1 | 12. | A jury trial has been demanded. |
| 2 | 13. | An estimated 5 to 7 trial days are required. |
| 3 | 14. | Trial Counsel are: |
| 4 | | Counsel for Plaintiff: |

Marisa M. Bavand
Shelley Tolman
Groff Murphy, PLLC
300 East Pine Street
Seattle, WA 98122
Ph. 206/628-9500

Counsel for Defendants:

James J. Sullivan
Attorney at Law
11110 NE 38th Place
Bellevue, WA 98004-7652
Ph. 425/889-4521

15. No scheduling conference is requested.

16. All parties named to date have been served.

/
/
/
/
/
/
/
/

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 3

**GROFF MURPHY, PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10686 0003 na252701

1  Dated this 25th day of January, 2010.

Respectfully submitted,

GROFF MURPHY, PLLC

    s/Marisa M. Bavand
Marisa M. Bavand, WSBA # 27929
Shelley Tolman, WSBA # 41019
300 East Pine Street
Seattle, WA  98122
Ph. 206/628-9500
Fx. 206/628-9506
E. mbavand@groffmurphy.com
E. stolman@groffmurphy.com
*Attorneys for Plaintiff*

JAMES J. SULLIVAN

    s/James J. Sullivan
James J. Sullivan, WSBA # 12423
Attorney at Law
11110 NE 38th Place
Bellevue, WA 98004-7652
Ph. 425/889-4521
E. jjs@sullivanlaw.com
*Attorney for Defendant*

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 4

**GROFF MURPHY, PLLC**
300 EAST PINE
SEATTLE, WASHINGTON  98122
(206) 628-9500
FACSIMILE:  (206) 628-9506

10686 0003 na252701

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that I caused to be served on January 25, 2010, true and correct copies of the

3   foregoing document to the counsel of record listed below, via the method indicated:

| | |
|---|---|
| James J. Sullivan | Hand Delivery Via |
| Attorney at Law | Messenger Service |
| 11110 NE 38th Place | First Class Mail |
| Bellevue, WA 98004-7652 | Federal Express |
| Ph. 425/889-4521 | Facsimile |
| **_Counsel for Defendant_** | ☑ E-mail through ECF Court System |
| jjs@sullivanlaw.com | |
| sullivanlaw@hotmail.com | |

DATED this 25th day of January, 2010.

          s/Beth A. Russo
Beth A. Russo, Legal Secretary
Groff Murphy, PLLC
300 East Pine Street
Seattle, WA 98122
Ph. 206/628-9500
E. brusso@groffmurphy.com

JOINT STATUS REPORT AND DISCOVERY PLAN – Page 5

**GROFF MURPHY, PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10686 0003 na252701