The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC., dba SCS ENERGY, a Virginia Corporation,<br><br>*Plaintiff*<br><br>*vs.*<br><br>ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., dba ESC CORPORATION, a Washington corporation.<br>*Defendant*<br>------------------------------<br><br>ENVIREONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington Corporation dba ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., dba ESC CORPORATION, dba ESC CORP,<br><br>*Counter-Plaintiff*<br><br>*vs.*<br><br>STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC., dba SCS ENERGY, a Virginia Corporation,<br>*Counter-Defendant* | No. **2;O9-cv-1616 RAJ**<br><br><br>**RESPONSE BY ESC TO SCS MOTION TO COMPEL**<br><br>**ESC REQUEST FOR TERMS.** |

-----------
**ESC RESPONSE TO MOTION TO COMPEL - 1** *of 4*

Defendant/Counter Plaintiff Environmental Systems and Composites Inc of Redmond, Washington, ("ESC") submits the following in Response to Plaintiff SCS's motion to compel.

Contrary to SCS claims, ESC has produced all that can be produced. SCS is unable to identify what more ESC can provide to SCS. Nonetheless SCS wants sanctions.

SCS owes ESC money per contract. The SCS lawsuit is frivolous and so is the SCS motion to compel.

Consequently ESC has had to prepare this Response.

As a result ESC also moves for terms.

### 1. BACKGROUND

SCS has refused for years to pay the money owed to ESC. When ESC persisted in demanding payment, SCS hired local counsel and brought this action, suddenly claiming dissatisfaction with ESC's work.

ESC and SCS agreed that ESC would arrange to construct and deliver five fiberglass tanks for a larger project at the University of New Hampshire. The tanks were constructed per ESC and SCS agreement in Montana and Texas by third party manufacturers, and transported to New Hampshire from those states by independent trucking lines. Offloading, handling and installation of the tanks was the sole responsibility of SCS.

When the tanks were delivered to the job site in New Hampshire, the evidence is that SCS employees dropped and damaged one of the tanks such that it doesn't work. Now SCS claims that the tank was not constructed properly.

All the tanks were installed incorrectly by SCS and tank failures occurred as a result. When its errors were pointed out to SCS, SCS refused to fix the work. SCS now blames ESC when ESC demands payment.

SCS has not sued or made any claims against any trucking company, the tank fabricators in Texas or Montana or anyone other than ESC.

---

**ESC RESPONSE TO MOTION TO COMPEL** - *2 of 4*

**JAMES J. SULLIVAN**
**ATTORNEY AT LAW**
**11110 NE 38th Place**
**Bellevue, Washington 98004-7653**
**Telephone: (425) 889-4521**

SCS simply doesn't want to pay its bill.

An example of how ridiculous this situation has become is when SCS complained that ESC specifications and drawings had not been signed by a California professional engineer despite SCS and its lawyers knowing full well that ESC president Lowell Howard has been a licensed professional engineer Washington, California and other states. SCS uses that fact as a basis for this suit.

In much the same vein SCS now complains that ESC has not produced documents and evidence when, in fact, ESC has done so, without objection.

---

In that the Declaration of opposing counsel does not contain the requisite recitals of 28 U.S.C. § 1746(2) it is inadmissible herein and we object to its consideration by this court either for evidentiary purposes or as meeting time of filing requirements.

Furthermore we ask that the court dismiss the SCS motion to compel in that all demands for production have been met.

We also request that the court award $620 to ESC incurred in responding to the SCS motion and because the SCS motion and actions surrounding it constitute harassment. SCS is causing unnecessary delay. SCS is needlessly increasing the cost of the case. All in violation of FRCP 11.

DATED this 26th day of April 2010.

_____
JAMES J. SULLIVAN
Attorney for Defendant ESC Corporation
WSBA #12423

ESC RESPONSE TO MOTION TO COMPEL - **3** *of 4*

**JAMES J. SULLIVAN**
**ATTORNEY AT LAW**
11110 NE 38th Place
Bellevue, Washington 98004-7653
Telephone: (425) 889-4521

1

2        I, James J. Sullivan, certify under penalty of perjury under the laws of the United State of America that, on April 26, 2010 I caused to be served by ECF the foregoing document to the Plaintiff by and through its attorneys listed below.

3

4    David C. Groff dgroff@groffmurphy.com

5    Marisa M. Bavand mbavand@groffmurphy.com

6    300 East Pine Street
     Seattle WA 98122

7    206.628.9500
     206-628-9506 (F)

8

9    _____

10   James J. Sullivan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30   ------------
     **ESC RESPONSE TO MOTION TO COMPEL** - **4** *of 4*