UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEARNS, CONRAD AND SCHMIDT, CONSULTING ENGINEERS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC.,<br><br>   Defendant. | CASE NO. C09-1616RAJ<br><br>ORDER |

The court has reviewed Defendant's motion for reconsideration (Dkt. # 21). Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier. The Defendant does not reference that standard, nor address either of those showings. Defendant's motion for reconsideration (Dkt. # 21) is therefore DENIED.

Dated this 30th day of July, 2010.

The Honorable Richard A. Jones
United States District Judge

ORDER